UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

TAYLOR BRANDS, LLC, )
)
    Plaintiff, )
)
v. ) Civil Action No. 2:08-CV-325
)
GB II CORPORATION ) (INMAN)
d/b/a COLUMBIA RIVER )
KNIFE AND TOOL COMPANY, )
)
    Defendant. )
)
)
_____)

## STIPULATED FINAL JUDGMENT

The Court having granted Defendant's Motion for Partial Summary Judgment, with the parties' consent, it is hereby ordered and adjudged that:

a) Defendant GB II Corporation d/b/a Columbia River Knife and Tool Co. ("CRKT") has not infringed U.S. Patent No. 6,651,344;

b) Plaintiff Taylor Brands, LLC's ("Taylor Brands'") First Amended Complaint for infringement of U.S. Patent No. 6,651,344 is dismissed with prejudice;

c) Plaintiff Taylor Brands' motion for leave to amend its complaint to add certain additional counts is withdrawn;

d) Defendant CRKT's counterclaim seeking a declaratory judgment of invalidity is dismissed without prejudice; and

1

e) Defendant CRKT's motion for leave to amend its counterclaims to add certain additional counts is withdrawn.

IT IS SO ORDERED this 9th day of DECEMBER, 2009.

Dennis H. Inman
United States Magistrate Judge

Dated: December 9, 2009

Respectfully submitted and agreed,

For Plaintiff:

s/Thomas P. Pavelko
**Peter N. Lalos**, pro hac vice
peter.lalos@novakdruce.com
**Thomas P. Pavelko**, pro hac vice
thomas.pavelko@novakdruce.com
NOVAK DRUCE & QUIGG LLP
1300 Eye Street, NW
1000 West Tower
Washington, D.C. 20005
Telephone: (202) 659.0100
Facsimile: (202) 659.0105

**J. Michael Haynes** (BPR # 001344)
mhaynes@hdclaw.com
HODGES, DOUGHTY & CARSON
617 Main Street
Post Office Box 869
Knoxville, Tennessee 37901-0869
Telephone: (865) 292-2307
Facsimile: (865) 292-2321

*Counsel for Plaintiff*

For Defendant:

s/Scott E. Davis
**Scott E. Davis**
scott.davis@klarquist.com
**Derrick W. Toddy**, pro hac vice
derrick.toddy@klarquist.com
**John D. Vandenberg**
john.vandenberg@klarquist.com
KLARQUIST SPARKMAN, LLP.
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

**Dwight E. Tarwater**
det@painetar.com
**Daniel C. Headrick**
dch@painetar.com
PAINE, TARWATER &
    BICKERS, LLP
900 South Gay Street, Suite 2200
Knoxville, Tennessee 37929
Telephone: 865-525-0880
Facsimile: 865-521-7441

*Counsel for Defendant*